# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING, | Case No. ED CV 13-2053 VAP (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| M. BITER, Warden, | |
| Respondent. | |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: Jan 21 2014

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE